## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KidsMed, Inc.,<br><br>v.<br><br>Westmed, Inc. | Case Number:<br>**FILED: JULY 17, 2008**<br>**08CV4059**<br>**JUDGE SHADUR**<br>**MAGISTRATE JUDGE SCHENKIER**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff KidsMed, Inc.

---

NAME (Type or print)
Timothy J. Rivelli

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ /s/Timothy J. Rivelli

FIRM
WINSTON & STRAWN LLP

STREET ADDRESS
35 W. Wacker Drive

CITY/STATE/ZIP
Chicago, IL  60601

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
03124639

TELEPHONE NUMBER
312-558-5600

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐