## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>KidsMed, Inc.,<br><br>v.<br><br>Westmed, Inc. | Case Number:<br>**FILED: JULY 17, 2008**<br>**08CV4059**<br>**JUDGE SHADUR**<br>**MAGISTRATE JUDGE SCHENKIER**<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff KidsMed, Inc.

| | | |
|---|---|---|
| NAME (Type or print)<br>Lisa K. Seilheimer | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/Lisa K. Seilheimer | | |
| FIRM<br>WINSTON & STRAWN LLP | | |
| STREET ADDRESS<br>35 W. Wacker Drive | | |
| CITY/STATE/ZIP<br>Chicago, IL  60601 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270592 | TELEPHONE NUMBER<br>312-558-5600 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | | |