IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KidsMed Inc., ) | FILED: JULY 17, 2008 |
| ) | 08CV4059 |
|     Plaintiff, ) | JUDGE SHADUR |
| ) | MAGISTRATE JUDGE SCHENKIER |
| v. ) | AEE |
| ) |     Civil Action No. |
| Westmed, Inc., ) | |
| ) | |
|     Defendant. ) |     Jury Demand |
| ) | |
| ) | |

**DISCLOSURE STATEMENT**
**UNDER FRCP 7.1(A) AND LR 3.2**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, KidsMed Inc. states as follows:

    1.    KidsMed is an Illinois corporation.

    2.    KidsMed has no parent and no publicly held corporation owns 10% or more of KidsMed's stock.

Dated: July 17, 2008

    Respectfully Submitted,

    **KIDSMED INC.**

    By: /s/ Stephen P. Durchslag

    Stephen P. Durchslag
    Timothy J. Rivelli
    Lisa K. Seilheimer
    WINSTON & STRAWN
    35 West Wacker Drive
    Chicago, IL 60601

(312) 558-5600
sdurchslag@winston.com (email)
trivelli@winston.com (email)
lseilheimer@winston.com (email)

CHI:2118461.2