*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08cv4059`            Assigned/Issued By: `AEE`

Judge Name:                         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment
                                            _____
☐ Wage-Deduction Garnishment Summons        _____
                                            *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                            ☐ Other
☐ Writ _____                 _____
   (Type of Writ)                           _____
                                            (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                  (Date)
_____

_____