AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

KidsMed, Inc.,

CASE NUMBER: **08CV4059**

V.

ASSIGNED JUDGE: **JUDGE SHADUR**

Westmed, Inc.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Westmed, Inc.
5580 S. Nogalas Hwy.
Tucson, AZ 85706

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen P. Durchslag
Timothy J. Rivelli
Lisa K. Seilheimer
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK



July 17, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 7-18-08 at 1 PM |
| NAME OF SERVER (PRINT) Irona Staths | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 5580 S. Nogales Hwy
Served Marilee Crawford- HR. Manager    Tucson, AZ 85706

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $110.⁰⁰ | TOTAL $110.⁰⁰ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-18-08
            Date

Signature of Server: Irona Staths

Address of Server: 9305 E Amethyst Quartz
Tucson, AZ 85747

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.