## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-4059 |
|---|---|

KidsMed Inc., Plaintiff

v.

Westmed, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Westmed, Inc., Defendant

| NAME (Type or print) |
|---|
| Robert E. Browne |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Robert E. Browne |
| FIRM   Neal Gerber & Eisenberg LLC |
| STREET ADDRESS   2 N. La Salle Street, Suite 2200 |
| CITY/STATE/ZIP   Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  03,21761 | TELEPHONE NUMBER 312-269-5225 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |

| |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>RETAINED COUNSEL                          APPOINTED COUNSEL |