IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KidsMed Inc. | ) |
| | ) Civil Action NO. 08-CV-4059 |
| Plaintiff, | ) |
| | ) Honorable Judge Milton I. Shadur |
| v. | ) Honorable Magistrate Judge Schenkier |
| | ) |
| Westmed, Inc., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, Westmed, Inc. ("Westmed"), by and through its undersigned attorneys, and respectfully requests that this Honorable Court grant it an extension of time of fourteen (14) days, until August 21, 2008, to answer or otherwise plead to the Complaint filed by Plaintiff, KidsMed, Inc. ("Complaint"). In support thereof, Westmed states as follows:

1. Plaintiff's Complaint was filed on or about July 17, 2008 and served upon Westmed on July 18, 2008. Westmed's Response is presently due on August 7, 2008.

2. Westmed has obtained principal counsel in the person of Todd Blakely of Sheridan, Ross, PC, Denver, Colorado and has now obtained local counsel.

3. Westmed requires the additional time to further investigate this matter, discuss it with counsel and prepare a competent response to the Complaint.

4. This extension is, therefore, sought not for purposes of delay but to allow Westmed sufficient time to fully consider and appropriately respond to Plaintiff's Complaint.

5.      Mr. Blakely, counsel for Westmed, has requested counsel for Plaintiff to agree to this extension and Plaintiff's counsel has indicated that he is in agreement to such extension.

WHEREFORE, Defendant, Westmed, respectfully requests that this Court enter an order granting its motion for an extension of time for fourteen (14) days, until August 21, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Dated: August 5, 2008

Respectfully Submitted,

By: /s/ Robert E. Browne
    One of its Attorneys

Robert E. Browne (#03,21761)
Tonya G. Newman (#062,86958)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Motion for Extension of Time to Answer or Otherwise Plead** were served, via electronic delivery and first class mail postage prepaid, on August 5, 2008 on the following counsel of record:

>Stephen P. Durchslag
>Timothy J. Rivelli
>Lisa K. Seilheimer
>WINSTON & STRAWN
>35 West Wacker Drive
>Chicago, IL 60601
>(312) 558-5600
>(312) 558-5700 (fax)
>sdurchslag@winston.com (email)
>trivelli@winston.com (email)
>lseilheimer@winston.com (email)
>
>***Attorneys for KidsMed Inc.***

　　　　　　　　　　　　　　　　　　　　s/ Robert E. Browne

NGEDOCS: 1553980.1