IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KidsMed Inc.,  Plaintiff, v. Westmed, Inc.,  Defendant. | ) Civil Action NO. 08-CV-4059 ) ) Honorable Judge Shadur ) Honorable Magistrate Judge Schenkier ) ) ) ) |

## NOTICE OF MOTION

To: Stephen P. Durchslag
Timothy J. Rivelli
Lisa K. Seilheimer
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

PLEASE TAKE NOTICE that on Thursday, August 7, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for WESTMED, INC., shall appear before the Honorable Milton I. Shadur, or any Judge sitting in his stead, in the Courtroom usually occupied by Judge Shadur, or any Judge sitting in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Room 2325, Chicago, Illinois, and shall then and there present for consideration a **Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served on you.

Dated: August 5, 2008

Respectfully Submitted,

By: /s/ Robert E. Browne
One of its Attorneys

Robert E. Browne (#03,21761)
Tonya G. Newman (# 062,86958)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street

Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

Case 1:08-cv-04059 Document 14 Filed 08/05/2008 Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Notice of Motion and Motion for Extension of Time to Answer or Otherwise Plead** were served, via electronic delivery and first class mail postage prepaid, on August 5, 2008 on the following counsel of record:

>Stephen P. Durchslag
>Timothy J. Rivelli
>Lisa K. Seilheimer
>WINSTON & STRAWN
>35 West Wacker Drive
>Chicago, IL 60601
>(312) 558-5600
>(312) 558-5700 (fax)
>sdurchslag@winston.com (email)
>trivelli@winston.com (email)
>lseilheimer@winston.com (email)
>
>*Attorneys for KidsMed Inc.*

                                                               s/ Robert E. Browne

NGEDOCS: 1553991.1