# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:     1:08-cv-04059

KidsMed Inc. v. Westmed, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Westmed, Inc., Defendant.

| | |
|---|---|
| NAME (Type or print) <br> Tonya G. Newman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Tonya G. Newman | |
| FIRM: Neal, Gerber & Eisenberg LLP | |
| STREET ADDRESS  2 North LaSalle Street | |
| CITY/STATE/ZIP  Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6286958 | TELEPHONE NUMBER  (312) 269-8000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  **Y**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  **N**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  **N**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                           APPOINTED COUNSEL