IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KidsMed Inc. | ) |
| | ) Civil Action NO. 08-CV-4059 |
| Plaintiff, | ) |
| | ) Honorable Judge Milton I. Shadur |
| v. | ) Honorable Magistrate Judge Schenkier |
| | ) |
| Westmed, Inc., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, Westmed, Inc. ("Westmed"), by and through its undersigned attorneys, and respectfully requests that this Honorable Court grant it an extension of time of seven (7) days, until September 4, 2008, to answer or otherwise plead to the Complaint filed by Plaintiff, KidsMed, Inc. ("Complaint"). In support thereof, Westmed states as follows:

1.  Plaintiff's Complaint was filed on or about July 17, 2008 and served upon Westmed on July 18, 2008. Westmed's Response was due on August 7, 2008. However, in order to allow Westmed sufficient time to fully consider and appropriately respond to Plaintiff's Complaint, Westmed obtained an extension of time to answer or otherwise plead until August 21, 2008.

2.  Subsequently, the parties to this dispute entered settlement discussions that they were hopeful would resolve all matters at issue in this case. As a result, Westmed obtained an extension of time to answer or otherwise plead until August 28, 2008.

3.  Currently, the parties are finalizing the terms of the settlement of this case, and anticipate that the settlement agreement will be executed by the parties within the next week. Therefore, Westmed believes that settlement in this matter will be promoted by extending the time to answer or otherwise plead, as it will preserve its resources and permit it to focus its attention on settling this case. This extension is, therefore, sought not for purposes of delay but to allow the parties the opportunity to resolve all matters at issue in this case.

4.  Counsel for Westmed has conferred with counsel for Plaintiff, and Plaintiff's counsel has agreed to such extension.

WHEREFORE, Defendant, Westmed, respectfully requests that this Court enter an order granting its motion for an extension of time for seven (7) days, until September 4, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Dated: August 28, 2008

Respectfully Submitted,

By: /s/ Robert E. Browne
    One of its Attorneys

Robert E. Browne (#03,21761)
Tonya G. Newman (#062,86958)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Motion for Extension of Time to Answer or Otherwise Plead** were served, via electronic delivery and first class mail postage prepaid, on August 28, 2008 on the following counsel of record:

>Stephen P. Durchslag
>Timothy J. Rivelli
>Lisa K. Seilheimer
>WINSTON & STRAWN
>35 West Wacker Drive
>Chicago, IL 60601
>(312) 558-5600
>(312) 558-5700 (fax)
>sdurchslag@winston.com (email)
>trivelli@winston.com (email)
>lseilheimer@winston.com (email)
>
>***Attorneys for KidsMed Inc.***

                                                                              s/ Donna Mills

NGEDOCS: 1560353.1